FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

MAR 2 4 2010

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| DAVID K. SHANYFELT, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **FILE NO.** |
| | : | |
| WACHOVIA MORTGAGE FSB, | : | 2 10-CV-0041 WCO |
| WELLS FARGO HOME | : | |
| MORTGAGE INC., MORTGAGE | : | |
| ELECTRONIC REGISTRATION | : | |
| SYSTEMS INC., MCCALLA | : | |
| RAYMER, LLC, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION

You are hereby notified that Defendants Wachovia Mortgage Corporation, ("Wachovia"), on behalf of improperly-named "Wachovia Mortgage FSB," Wells Fargo Home Mortgage, Inc. ("Wells Fargo"), and Mortgage Electronic Registration Systems, Inc. ("MERS") have filed this day a Notice of Removal, a copy of which is attached as Exhibit 1, in the United States District Court for the Northern District of Georgia, Gainesville Division, thereby removing this civil action to that Court.

Respectfully submitted this 24th day of March, 2010.

**PARKER, HUDSON, RAINER & DOBBS LLP**

Nancy H. Baughan
Georgia Bar No.  042575
Darren E. Gaynor
Georgia Bar No. 288210

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone:  404-523-5300
Facsimile:  404-522-8409
E-mail: nbaughan@phrd.com
E-mail: dgaynor@phrd.com

*Counsel for Wachovia Mortgage Corporation, Wells Fargo Home Mortgage, Inc., and Mortgage Electronic Registration Systems, Inc.*